# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

132479
132480
132481

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 132479, 132480, 132481
COA: 270973, 270974, 270975
Oakland CC: 2005-200430-FH
                2005-200257-FC
                2005-200256-FC

ANTWAN LAMAR OFFICER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 26, 2006 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

l0122